# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　　Defendants. | CV F- 07-1657 AWI DLB P<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS PREMATURE<br><br>[DOC #9] |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. section 1983. On March 7, 2008, plaintiff filed a motion for summary judgment. Plaintiff's motion is premature.

　　　　By order dated January 25, 2008, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants; that the court has not yet screened plaintiff's complaint, but will do so in due course; and that, until the court has screened the complaint, any request for service by the Marshal is premature and will be denied.

　　　　The Court has not yet screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a). The court will direct the United States Marshal to serve the complaint only after it has determined that it

1 contains cognizable claims for relief against the named defendants.  Until then, plaintiff's motion for
2 summary judgment is premature and is therefore disregarded.
3        IT IS SO ORDERED.
4        **Dated:   March 17, 2008**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE