IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. BRYANT, | 1:07-cv-01657-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | and |
| KEN CLARK, et al., | DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| Defendants. | (DOCUMENT #16) |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 4, 2008, judgment was entered remanding this action to Kings County Superior Court. On March 3, 2010, plaintiff filed a notice of appeal and an application to proceed in forma pauperis. Examination of plaintiff's application to proceed in forma pauperis reveals that plaintiff is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:   **March 9, 2010**                         **/s/ Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE